RENEE SCIARA et al., Respondents, v SURGICAL ASSOCIATES OF WESTERN NEW YORK, P.C., et al., Appellants. USHA CHOPRA, M.D., Nonparty Appellant.

Submitted July 29, 2013; decided October 22, 2013

Motion to dismiss defendants' appeal granted and the appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that defendants are not parties aggrieved. Defendants remain respondents on the appeal by Usha Chopra, M.D., and may submit a brief and present argument on that appeal.